## MARGARET C. SPELLMAN *v.* HOWARD C. SPELLMAN.

[Nos. 17, 18, October Term, 1935.]

*Decided November 22nd, 1935.*

The cause was argued before BOND, .C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*William T. Tippett,* with whom was *James E. Tippett* on the brief, for the appellant.

*Lester L. Barrett,* with whom was *Joshua S. Hull* on the brief, for the appellee.

SHEHAN, J., delivered the opinion of the Court.